

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2020

No. 04-19-00311-CV

Ernest **BUSTOS**,
Appellant

v.

**ENCINO PARK HOMEOWNERS ASSOCIATION**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-18828
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellee's brief was originally due to be filed January 13, 2020. The appellee's first motion for extension of time was granted, extending the deadline for filing the brief to February 12, 2020. On February 11, 2020, appellee filed a motion requesting an additional extension of time to file the brief until March 13, 2020, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME APPELLEE WILL BE GRANTED**. Appellee's brief must be filed by March 13, 2020, or the case may set "at issue" and submitted without the appellee's brief.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court